# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON PHARMA IRELAND LIMITED, HZNP LIMITED and HORIZON PHARMA USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PADDOCK LABORATORIES, LLC and PERRIGO COMPANY, <br><br> Defendants. | Civil Action No. 15-00368 (NLH) (AMD) |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Horizon Pharma Ireland Limited, HZNP Limited, and Horizon Pharma USA, Inc., and Defendants Paddock Laboratories, LLC and Perrigo Company, hereby stipulate that the above-captioned action, including all claims, counterclaims and defenses, is hereby dismissed in its entirety without prejudice, with the parties bearing their own costs and fees.

Dated: May 7, 2015

| | |
|---|---|
| _/s/ John E. Flaherty_<br>John E. Flaherty<br>Ravin R. Patel<br>McCARTER & ENGLISH LLP<br>Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ 07102<br>(973) 622-4444 | _/s/ Melissa E. Flax_<br>Melissa E. Flax<br>James E. Cecchi<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700 |
| Dennis A. Bennett<br>GLOBAL PATENT GROUP, LLC<br>1005 North Warson Road, Suite 404<br>St. Louis, Missouri 63132<br>(314) 812-8020 | Alice Riechers<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 W. Hubbard Street, Suite 500<br>Chicago, IL 60654<br>(312) 222-6304 |
| *Attorneys for Plaintiffs Horizon Pharma Ireland Limited, HZNP Limited and Horizon Pharma USA, Inc.* | *Attorneys for Defendants Paddock Laboratories, LLC and Perrigo Company* |

SO ORDERED on this 13th day of

May , 2015:

_Noel C. Hillman_

**NOEL H. HILLMAN**
**UNITED STATES DISTRICT JUDGE**

At Camden, New Jersey

2